UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M. ATRIAN,<br><br>              Petitioner,<br>         vs.<br><br>L.S. McEWEN, Warden,<br><br>              Respondent.<br>_____ | Case No. CV 11-1651 SJO (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: August 1, 2012

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE